

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2013

No. 04-13-00154-CV

**IN THE INTEREST OF K.A.H AND K.J.M.H., CHILDREN,**

From the County Court at Law, Kendall County, Texas
Trial Court No. 08-0117CCL
The Honorable Cathy O. Morris, Judge Presiding

# O R D E R

    This is an accelerated appeal. Appellant's motion for extension of time is GRANTED and appellant is ORDERED to file her brief on or before May 23, 2013. Because this is an accelerated appeal, NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2013.

_____
Keith E. Hottle
Clerk of Court